UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **RICHARD WARREN HAYES,** | ) | NO. CV 09-1749-SGL(CT) |
| | ) | |
|        **Petitioner,** | ) | |
| | ) | **JUDGMENT** |
|     v. | ) | |
| | ) | |
| **JAMES YATES, Warden,** | ) | |
| | ) | |
|        **Respondent.** | ) | |
| _____ | ) | |

    Pursuant to Order Accepting Magistrate Judge's Report and Recommendation,

    IT IS ADJUDGED that the petition is denied and dismissed without prejudice.

DATED: May 26, 2009

                                                          STEPHEN G. LARSON
                                                          UNITED STATES DISTRICT JUDGE